**JS-6**

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:19-CV-1129-ODW(KKx) |
| Plaintiff, | |
| v. | |
| 40 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, CALIFORNIA, AND DONALD MICHAEL DRZEWIECKI, et al., | **FINAL JUDGMENT APPROVING STIPULATION OF JUST COMPENSATION** |
| Defendants. | |

Upon consideration of the Stipulation of Just Compensation executed by the Plaintiff United States of America and Defendants Donald Michael Drzewiecki and Kelly Lynn Drzewiecki, Trustees of the Triple D Trust Dated March 15, 2019, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States filed its Complaint in Condemnation (ECF No. 1) and Declaration of Taking (ECF No. 3) in this eminent domain proceeding on June 18, 2019, and deposited $15,000.00 with the Court registry as an estimate of just compensation for the taking on September 11, 2019 (ECF No. 20). At that time, title to the property, as set forth in the Declaration of Taking, vested in the United States.

2. The property consists of 40 acres of land in San Bernardino County, California, as described in the Declaration of Taking (hereinafter, the "Property").

3. The United States named Donald Michael Drzewiecki, Kelly Lynn Drzewiecki, and the County of San Bernardino as parties in Schedule G to the Declaration of Taking. ECF No. 3.

4. By Order Approving Stipulation to Substitute Parties, Defendants Donald Michael Drzewiecki and Kelly Lynn Drzewiecki, Trustees of the Triple D Trust Dated March 15, 2019, were substituted for Donald Michael Drzewiecki and Kelly Lynn Drzewiecki. ECF No. 39.

5. Defendant San Bernardino County disclaimed any interest in the Property and the proceeds of this case, is not entitled to any distribution of just compensation paid for the taking of the Property, and can be dismissed pursuant to Rule 71.1(i)(2) of the Federal Rules of Civil Procedure. ECF No. 11.

6. Defendants Donald Michael Drzewiecki and Kelly Lynn Drzewiecki, Trustees of the Triple D Trust Dated March 15, 2019, were the record owners of the Property immediately prior to taking.

7. In order to settle this condemnation action, the parties agree that the just compensation payable by the United States for the taking of the Property,

together with all improvements thereon and appurtenance thereunto belonging, shall be the sum of $32,500.00, inclusive of interest, attorneys' fees, and costs. ECF No. 40.

8. As the United States has previously deposited $15,000 as estimated just compensation, the deficiency amount between this amount and the agreed settlement of $32,500.00 is $17,500.00. The United States shall pay into the registry of the Court, and the Clerk is directed to accept, the deficiency amount of $17,500.00.

9. The said sum of $32,500.00 shall be full and just compensation and in full satisfaction of all claims of whatsoever nature against the United States by reason of the institution and prosecution of this action and taking of the Property and estates described in the Declaration of Taking, together with all improvements and appurtenances on the Property.

10. The said sum of $32,500.00 shall be subject to all liens, encumbrances and charges of whatsoever nature existing against the Property at the time of vesting of title in the United States and all such taxes, assessments, liens and encumbrances shall be payable and deductible from said sum.

11. Defendants warrant that they have the exclusive right to compensation and that no other person or entity is entitled to the same or any part thereof. In the event that any other party is ultimately determined by a court of competent jurisdiction to have any right to receive compensation for the Property taken in this case, Defendants shall refund into the registry of the Court the compensation distributed herein, or such part thereof as the Court may direct, with interest thereon calculated in accordance with the provision of 40 U.S.C. § 3116, from the date of the receipt of the award by Defendants to the date of repayment into the Registry of the Court.

12. The parties shall be responsible for their own legal fees, costs, and expenses (including attorneys' fees, consultants' fees, experts' fees, transcript costs, and any other expenses relating to this litigation).

13. Upon the United States depositing the deficiency amount of $17,500.00 into the Court registry, the Clerk of the Court shall, without further order of this Court, disburse all sums on deposit in the registry of the Court, together with any interest earned thereon while on deposit to Donald M. Drzewiecki and Kelly L. Drzewiecki, and mailing the check to:

> Donald M. and Kelly L. Drzewiecki
> 19121 Mono Drive
> Hesperia, CA 92345

Following disbursement of the above sums to Defendants, this case shall be CLOSED.

**IT IS SO ORDERED**.

Date: April 7, 2020

_____
OTIS D. WRIGHT, II
U.S. DISTRICT JUDGE

**CC:FISCAL**